FILED

06/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0514

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0514

_____

JIM L. TOWSLEY and BETTY SMITH
TOWSLEY,

      Plaintiffs and Appellees,

  v.

DAVID P. STANZAK, MARGO L. STANZAK,
CRAIG FITCH, CARYN MISKE, LAURENCE B,
MILLER, JR., STEPHEN M. ZANDI, KARIN M.
ZANDI, and all persons, known or unknown,
claiming or who might claim any right, title,
interest in or lien or encumbrance upon the
personal property described in the Complaint
below which is adverse to the Plaintiff's ownership
or a cloud upon Plaintiff's title thereto, whether
such a claim or possible claim may be present or
contingent,

      Defendants and Appellants.

_____

    O R D E R

      Appellants, by counsel, have filed a motion for extension of time to file their reply brief. Good cause appearing,

      IT IS HEREBY ORDERED that Appellants have until June 24, 2022, to file their reply brief.

      No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 8 2022